# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| | ) |
| Donald Anthony Lucente | ) |
| | ) |
| | ) **Bankruptcy No.** 17-21506-TPA |
| | ) |
| | ) |
| **Filing Party Name and Address:** | ) |
| Marvin Leibowitz | ) |
| 445 Fort Pitt Boulevard, Suite LL500 | ) |
| Pittsburgh, PA 15219 | |

### Request for Filing Fee

An **Amendment to Schedule E/F** was filed in the above-referenced case on **June 9, 2017**.

The proper filing fee did not accompany this document (a filing fee is incurred when changing the amount of a debt on a schedule). A check in the amount of $**31.00** payable to Clerk, United States Bankruptcy Court must be submitted within four days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

Michael R. Rhodes, Clerk
United States Bankruptcy Court
Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Date: June 12, 2017                By: Lee Katsafanas
                                       Deputy Clerk

**Instructions for Deputy Clerk:**           Filing Fee Paid: $
Original and copy to filing party             Receipt No.
Copy attached to document
Copy to Financial Administrator

#92e-I